IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICKY THOMAS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SHAMROCK CARTAGE, INC. and )<br>JEREMY SCOTT, )<br>)<br>Defendants. )<br>_____ ) | Civil No. 1:14-cv-02403-ODE |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED, by and between counsel for the parties herein that the above-referenced action be and the same hereby is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated: Atlanta, Georgia
       June 19, 2015

| | |
|---|---|
| s/ Robert N. Marx<br>Georgia Bar No. 475280<br>MARX & MARX, LLC<br>5555 Glenridge Connector<br>Atlanta, GA 30342<br>Tel: (404) 261-9559<br>Fax: (770) 552-2267<br>lawyers@marxlawgroup.com<br>Counsel for Plaintiff | /s/Matthew R. Simpson*<br>Matthew R. Simpson<br>Georgia Bar No. 540260<br>FISHER & PHILLIPS LLP<br>1075 Peachtree Street NE<br>Suite 3500<br>Atlanta, Georgia 30309<br>Tel: 404-231-1400<br>Fax: 404-240-4249<br>msimpson@laborlawyers.com<br>Counsel for Defendants<br>*By Robert N. Marx with express |

permission.

FILED IN CHAMBERS
U.S.D.C. - Atlanta

JUN 2 3 2015

JAMES N. HATTEN, Clerk
By: Deputy Clerk

Approved this 22 day of June, 2015.

_____
Orinda D. Evans, U. S. District Judge